**FILED AUG 18 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name   Rhine         John           S
3         (Last)        (First)        (Initial)

4  Prisoner Number   At 57501-9    Ataskadero State Hospital
5  Institutional Address   P.O Box 7001 Ataskadero Ca 94324
6  ================================================================

7                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
8
    John S Rhine
9   _____
    (Enter the full name of plaintiff in this action.)

10              vs.                          Case No. CV 08-3935 JF (PR)
                                             (To be provided by the Clerk of Court)
11   United States
                                             **COMPLAINT UNDER THE
12   Dist Court                              CIVIL RIGHTS ACT,**
                                             Title 42 U.S.C § 1983
13   N Dist of California

14   _____         E-filing
     (Enter the full name of the defendant(s) in this action)
15

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.   Exhaustion of Administrative Remedies.

18       [**Note:** You must exhaust your administrative remedies before your claim can go

19       forward. The court will dismiss any unexhausted claims.]

20       A.   Place of present confinement   Ataskadero CA

21       B.   Is there a grievance procedure in this institution?

22            YES (✓)    NO ( )

23       C.   Did you present the facts in your complaint for review through the grievance

24            procedure?

25            YES (✓)    NO ( )

26       D.   If your answer is YES, list the appeal number and the date and result of the

27            appeal at each level of review. If you did not pursue a certain level of appeal,

28            explain why.

COMPLAINT                         - 1 -

1 N Dist court at this Time

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

this court has ruled frivilious and unescorted By E Forma paperus in entirity and JR 4731 in case of cnrc mgt and officals of not processing 602S and 1824S Because they were and are valid and Statute of Limatations could Be up Before 602S clear is since they do control 602S 1824 ISDA claim they they would Be reasonable and prudent not To valid any 1824 or 602 that are in there control Also refuseing To Supply Trust and Signatures E Forma paperius

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Wish this Complaint and Law Suit JR 4726-4728-47-30-4731 TO Be reheard So Damages may Be Awarded

COMPLAINT                   - 3 -

1. Informal appeal _found here Complaint referes to CDCR 602 and 1824s_

2. First formal level _Still pending here_

3. Second formal level _No responce yet from CDCR CRC or CMC_

4. Third formal level _Same_

E. Is the last level to which you appealed the highest level of appeal available to you?

     YES ( ✓ )   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_John Rhine_
_Ataskadero CA_
_Jane Doe Prisnor CDrc_

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT            - 2 -

as well as To grant the federal Court evedence in the enclosed habeas Corpus

I declare under penalty of perjury that the foregoing is true and correct.

Signed this \_\_25\_\_ day of \_\_July\_\_, 20\_08\_

_____John S Rhine_____
(Plaintiff's signature)

COMPLAINT

- 4 -

