**FILED**
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Rhine, Plaintiff,

vs.

N Dist or federal court, Defendant.

CASE NO. CV 08 3935 JF (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, John Rhine, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 62.00    Net: 62.00

Employer: Ataskadero St hosp

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____EAGle resh Ringlow RHT mfg_____
5  _____
6  _____
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9         a.    Business, Profession or           Yes ✓  No ___
10               self employment
11        b.    Income from stocks, bonds,        Yes ___  No ✓
12               or royalties?
13        c.    Rent payments?                    Yes ___  No ✓
14        d.    Pensions, annuities, or           Yes ___  No ✓
15               life insurance payments?
16        e.    Federal or State welfare payments, Yes ___  No ✓
17               Social Security or other govern-
18               ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____9000 Last of private Consult fee_____
22  _____
23  3.      Are you married?                      Yes ___  No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.      a.    List amount you contribute to your spouse's support: $ _____

| | | |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 | | support and indicate how much you contribute toward their support. (NOTE: |
| 3 | | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 | | THEIR NAMES.). |

        JW

5. Do you own or are you buying a home?    Yes ___  No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___  No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ✓ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account?    Yes ___ No ✓ (Do **not** include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $_____

Do you own any cash? Yes ___ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ___ No ✓

8. What are your monthly expenses?

Rent: $_____ Utilities: _____

Food: $_____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____no_____
4  _____
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16    7-25-08                           John Rhine
17    DATE                              SIGNATURE OF APPLICANT