**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN S. RHINE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>United States District Court Northern District of California,<br><br>　　　　Defendant. | No. C 08-03935 JF (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION; DENYING OTHER MOTION<br><br>(Docket No. 5) |

　　　　On August 18, 2008, Plaintiff filed this pro se civil rights action. On that same day, the clerk of the Court sent a notification to Plaintiff that his application for leave to proceed in forma pauperis was insufficient because Plaintiff did not submit a Certificate of Funds in Prisoner's Account and a copy of his prisoner trust account statement showing transactions for the last six months. The notification included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days. On September 11, 2008, Plaintiff filed another application which is insufficient for the same reasons above. (Docket No. 4.)

　　　　On the same day, Plaintiff filed a request for an extension of time to file the

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JF\CR.08\Rhine03935_ifp-eot.wpd

1  necessary documents. (Docket No. 5.) Plaintiff also requested an "official
2  exten[s]ion of times [sic] on summons and service of notice of complaint for 60
3  days." (Id.)
4  Good cause appearing, the Court will GRANT the motion and extend the
5  time an additional thirty days for Plaintiff to file the necessary documents, *i.e.*, a
6  Certificate of Funds in Prisoner's Account and a copy of his prisoner trust account
7  statement showing transactions for the last six months. The documents must be filed
8  with the Court **no later than October 18, 2008**. Failure to comply with the Court's
9  order in a timely manner will result in the dismissal of the case without prejudice for
10 failure to pay the filing fee.
11 Plaintiff's request for an extension of time regarding the summons and notice
12 of complaint is DENIED as premature since the complaint has yet to undergo an
13 initial review.
14 This order terminates Docket No. 5.

DATED: 9/25/08

JEREMY FOGEL
United States District Judge

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JF\CR.08\Rhine03935_ifp-eot.wpd           2